728 A.2d 953

**V.B.T. and C.E.T., His Wife in Their Own Right and on Behalf of N.T., Appellants,**

v.

**FAMILY SERVICES OF WESTERN PENNSYLVANIA and James Pedetella and Linda Pedetella, Appellees.**

Supreme Court of Pennsylvania.

Argued March 8, 1999.

Decided May 25, 1999.

John D. Ceraso, Arnold, Irving M. Green, Kensington, for V.B.T., C.E.T., & N.T.

Timothy J. Burdette, Shawn G. McMahon, Pittsburgh, for Family Services of Western PA.

John W. Jordan, IV, Pittsburgh, for James & Linda Pedetella.

Georgene Siroky, Mineko S. Avery, for Guardian Ad Litem.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *ORDER*

PER CURIAM:

**AND NOW,** this 25th day of May, 1999, the order of the Superior Court is AFFIRMED based upon the opinion of the Superior Court. *See V.B.T. v. Family Services of Western Pa.,* 705 A.2d 1325 (Pa.Super.1998) (Beck, J.).